UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA MARIE WAGNER,<br><br>                    Plaintiff,<br>v.<br>TERUMO MEDICAL CORPORATION,<br><br>                    Defendant. | Case No.: 18cv1007-MMA (JLB)<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[Doc. No. 8] |

On August 30, 2018, Defendant Terumo Medical Corporation ("Defendant") filed a motion to dismiss Plaintiff Regina Marie Wagner's ("Plaintiff") Complaint. *See* Doc. No. 8. On September 17, 2018, Plaintiff filed a First Amended Complaint ("FAC").[1] *See* Doc. No. 9. Accordingly, the complaint which Defendant seeks to dismiss is no longer the operative pleading in this action, as an amended complaint supersedes the original complaint. *See Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (citing *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997), *overruled on other grounds by Lacey v. Maricopa Cnty.*, 693 F.3d 896, 927-28 (9th Cir. 2012)). As such, the

---

[1] Pursuant to Federal Rule of Civil Procedure 15(a)(1), "[a] party may amend its pleading once as a matter of course within . . . 21 days after service of a motion under Rule 12(b) . . . ." Fed. R. Civ. P. 15(a)(1). Because Plaintiff amended her pleading within 21 days after service of Defendant's motion to dismiss pursuant to Rule 12(b)(2) and 12(b)(6), Plaintiff's FAC is timely.

Court **DENIES AS MOOT** Defendant's motion to dismiss Plaintiff's Complaint (Doc. No. 8).

**IT IS SO ORDERED.**

Dated: September 17, 2018

HON. MICHAEL M. ANELLO
United States District Judge