

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Regina Marie Wagner<br><br>                                    **Plaintiff,**<br>V.<br>Abbott Laboratories; Abbott Laboratories Inc. dba Abbott Sales, Marketing & Distribution Co.; Does 1-20<br><br>                                    **Defendant.** | Civil Action No.  18cv1007-MMA(MSB)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court concludes that it lacks personal jurisdiction over Defendants, and grants Defendants' motion to dismiss pursuant to Rule 12(b)(2). In light of the Court's determination that it lacks personal jurisdiction over Defendants, the Court declines to address Defendants' Rule 12(b)(6) arguments. Based on the foregoing, the Court grants Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2), and dismisses Plaintiff's SAC without leave to amend.

| | |
|---|---|
| Date:      2/22/19 | CLERK OF COURT<br>JOHN MORRILL, Clerk of Court<br>By:  s/  R. Chapman<br>                    R. Chapman, Deputy |